AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER D. ARDOIN<br>*Defendant* | ) ) ) ) ) ) Case No. 3:12-CR-0064-RCJ-VPC |

**ORDER SCHEDULING A DETENTION HEARING**

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia Street<br>Reno, Nevada 89501<br>Honorable Valerie P. Cooke, U.S. Magistrate Judge | Courtroom No.: | One, Fourth Floor |
|---|---|---|---|
| | | Date and Time: | July 5, 2012 at 3:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Jul 2, 2012

_____
*Judge's signature*

VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

*Printed name and title*